# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Trust, Alan S. | 2. Court or Organization<br><br>Bankruptcy Court | 3. Date of Report<br><br>11/29/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>290 Federal Plaza, 9th floor<br>Central Islip, NY 11722 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. April 2008 | following dissolution of Trust.Law.Firm, P.C. on April 1, 2008, I am to receive the net profits of the firm recieved thereafter based on my sole ownership |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Teaching - | $7,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 3/12 | Washington, DC | speaker at seminar in Washington | reimbursement for actual out of pocket travel and lodging and meals |
| 2. | American Bankruptcy Institute | 5/12 | New York, NY | speaker at seminar in New York City | reimbursement for train fare to and from seminar |
| 3. | Turn around Managment Association | 5/12 | Uncasville, CT | speaker at seminar in Uncasville, CT | reimbursement for actual out of pocket travel and lodging and meals |
| 4. | Federal Bar Association | 9/12 | San Diego, CA | speaker at a seminar for a national bar organization | reimbursement for actual out of pocket travel, lodging and meals |
| 5. | Practicing Law Institute | 10/12 | NY, NY | speaker at a seminar in New York City | reimbursement for train fare to and from seminar |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 11/29/2013 |

6. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 11/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 11/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Ameriprise Cash Mgt Accounts IDSXX | A | Interest | J | T | | | | | |
| 2. | RVS Life Fixed (annuity) | | None | K | T | | | | | See Part VIII |
| 3. | RVS / COL / SPS VP Cash Mgt (annuity) | A | Int./Div. | K | T | | | | | |
| 4. | RVS / COL VP High Yeild Bond (annuity) | | None | K | T | | | | | See Part VIII |
| 5. | RVS / COL VP Div Eq Income (annuity) | | None | | | Sold | 12/14/12 | K | B | Xfor line100; see PartVIII |
| 6. | Goldman VIT MidCap Va (annuity) | | None | J | T | | | | | see Part VIII |
| 7. | Fid VIP Midcap Cl2 (annuity) | | None | J | T | | | | | see Part VIII |
| 8. | FT VIP Small Cap Valu (annuity) | | None | J | T | | | | | see Part VIII |
| 9. | WF Adv VT Small Cap (annuity) | | None | J | T | | | | | see Part VIII |
| 10. | THDNDL /COL VP Emerg Mkts (annuity) | | None | J | T | | | | | see Part VIII |
| 11. | Wanger Int'l Small Cap (annuity) | | None | J | T | | | | | see Part VIII |
| 12. | FT GLB VIP Real Estate (annuity) | | None | J | T | | | | | see Part VIII |
| 13. | Oppenheimer Strat Bond (annuity) | | None | J | T | | | | | see Part VIII |
| 14. | Alliance Bernstein Equity Income IRA | A | Int./Div. | K | T | Buy (add'l) | 02/01/12 | J | | |
| 15. | Alliance Bernstein Global Thematic IRA | | None | J | T | Sold (part) | 01/03/12 | J | | see Part VIII |
| 16. | | | | | | Sold (part) | 2/13/12 | J | | |
| 17. | Alliance Bernstein Int'l Growth IRA | | None | | | Sold | 01/03/12 | K | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 11/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alliance Bernstein Int'l Value IRA | A | Int./Div. | K | T | Sold (part) | 01/03/12 | K | | |
| 19. | | | | | Sold (part) | 2/13/12 | J | | |
| 20. | | | | | Sold (part) | 2/22/12 | J | | |
| 21. Alliance Bernstein Small CapGrowth IRA | A | Int./Div. | K | T | Buy (add'l) | 02/23/12 | K | | |
| 22. Alliance Bernstein Growth IRA | A | Int./Div. | | | Sold | 02/23/12 | J | | |
| 23. Alliance Bernstein Growth SEP (prev reported w/ line 22) | A | Int./Div. | | | Sold | 2/23/12 | J | | |
| 24. Alliance Bernstein Int'l Growth SEP | A | Int./Div. | | | Sold | 01/03/12 | K | | |
| 25. Alliance Bernstein Int'l Grow IRA(prev reported w/ line 24) | A | Int./Div. | K | T | Sold (part) | 1/3/12 | K | | |
| 26. | | | | | Sold (part) | 1/10/12 | J | | |
| 27. | | | | | Sold (part) | 3/12/12 | J | | |
| 28. | | | | | Sold (part) | 4/10/12 | J | | |
| 29. | | | | | Sold (part) | 5/10/12 | J | | |
| 30. Alliance Bernstein Small midCap nka Disc Value SEP | A | Int./Div. | J | T | | | | | see Part VIII |
| 31. Alliance Bernstein Int'l value IRA SEP | A | Int./Div. | J | T | | | | | |
| 32. Alliance Bernstein BSS Int'l IRA | A | Int./Div. | J | T | | | | | |
| 33. Mass Mutual Annuity -- MML Equity | | None | J | T | | | | | see Part VIII |
| 34. Mass Mutual Annuity -- Opp Global Strategic | | None | J | T | | | | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 11/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mass Mutual Annuity -- Opp Main Street Small Cap | | None | J | T | | | | | see Part VIII |
| 36. Mass Mutual Annuity -- Opp Main Street | | None | J | T | | | | | see Part VIII |
| 37. Oppenheimer Cap App | A | Int./Div. | K | T | Sold (part) | 01/05/12 | K | | |
| 38. | | | | | Sold (part) | 1/9/12 | K | | |
| 39. | | | | | Sold (part) | 8/22/12 | J | A | |
| 40. | | | | | Sold (part) | 12/18/12 | J | B | |
| 41. Oppenheimer Global Fund | A | Int./Div. | L | T | Sold (part) | 01/09/12 | K | | |
| 42. | | | | | Sold (part) | 3/5/12 | K | | |
| 43. | | | | | Buy (add'l) | 8/13/12 | J | | |
| 44. | | | | | Sold (part) | 8/22/12 | J | A | |
| 45. | | | | | Sold (part) | 12/24/12 | J | A | |
| 46. | | | | | Sold (part) | 12/26/12 | J | B | |
| 47. Oppenheimer Global Opportunities (prev. under line 38) | | None | | | Buy | 3/5/12 | K | | see Part VIII |
| 48. | | | | | Sold (part) | 8/13/12 | J | | |
| 49. | | | | | Sold | 9/4/12 | K | | |
| 50. Oppenheimr Global Value (prev under line 38) | | None | | | Buy | 3/5/12 | K | | see Part VIII |
| 51. | | | | | Sold (part) | 8/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 11/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 9/4/12 | K | | |
| 53. | | | | | Sold (part) | 11/23/12 | J | A | |
| 54. | | | | | Sold | 11/26/12 | J | | |
| 55. Oppenheimer Main Street Fund | A | Int./Div. | L | T | Buy (add'l) | 09/04/12 | K | | |
| 56. Oppenheimer Main Street Small MidCap & Select | A | Int./Div. | K | T | Buy (add'l) | 09/04/12 | J | | |
| 57. Oppenheimer Global Strategic Income (fka Champion Income) | A | Int./Div. | J | T | | | | | |
| 58. Oppenheimer Global Allocation (Quest) | A | Int./Div. | J | T | Sold (part) | 11/23/12 | J | | |
| 59. Oppenheimer Sr. Floating | B | Int./Div. | K | T | Buy (add'l) | 11/23/12 | J | | |
| 60. Oppenheimer AMT Free | B | Int./Div. | K | T | Buy (add'l) | 10/02/12 | J | | |
| 61. Oppenheimer Rochester Nat'l Munis | A | Int./Div. | J | T | Sold (part) | 01/09/12 | K | | |
| 62. | | | | | Sold (part) | 11/23/12 | J | A | |
| 63. Oppenheimer Int'l Small Co | A | Int./Div. | K | T | Sold (part) | 12/18/12 | K | C | |
| 64. | | | | | Sold (part) | 12/24/12 | J | B | |
| 65. | | | | | Sold (part) | 12/28/12 | J | B | |
| 66. Oppenheimer Limited Term Munis | B | Dividend | K | T | | | | | |
| 67. Oppenheimer Equity | | None | | | Sold | 01/09/12 | J | | see Part VIII |
| 68. scholar's Edge 529 Plan - Age based portfolio (15-17) | | None | M | T | | | | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 11/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Belt West Funding Corp raw land in Dallas County | A | Interest | J | U | | | | | |
| 70. Royal McAbee universal life insurance | | None | J | T | | | | | see Part VIII |
| 71. State of Israel savings bond | A | Int./Div. | J | T | | | | | |
| 72. Energy East | A | Int./Div. | J | T | | | | | |
| 73. Merrill Lynch / AIG stock | A | Int./Div. | J | T | | | | | |
| 74. Amprise TWEAX | A | Int./Div. | J | T | | | | | |
| 75. Amprise ODMAX | A | Int./Div. | J | T | | | | | |
| 76. Oppenheimer Discovery | D | Int./Div. | M | T | Buy (add'l) | 01/05/12 | K | | |
| 77. | | | | | Sold (part) | 3/5/12 | J | | |
| 78. | | | | | Buy (add'l) | 9/4/12 | K | | |
| 79. Ameriprise MDLOX | A | Int./Div. | J | T | | | | | |
| 80. IMNYX (Legg Mason) | B | Int./Div. | K | T | Sold (part) | 12/27/12 | J | A | |
| 81. Fidelity VIP Contra (w/in aunnity) | | None | K | T | | | | | see Part VIII |
| 82. Am Century / VP Value (w/in annuity) | | None | K | T | | | | | see Part VIII |
| 83. CNL Lifestyles CNLIDI (w/in L IRA) | B | Int./Div. | J | T | | | | | |
| 84. Corp Prop Assoc CPA17 (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 85. Am Insured Mkt (w/in L IRA) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 11/29/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MITTX (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 87. ATHAX (w/in L IRA) | A | Int./Div. | J | T | Sold (part) | 10/26/12 | J | A | |
| 88. MGIAX (w/in L IRA) | A | Int./Div. | J | T | Sold (part) | 10/26/12 | J | A | |
| 89. RRIAX (w/in L IRA) | A | Int./Div. | J | T | Sold (part) | 10/26/12 | J | A | |
| 90. Federated Interim Muni Trust | A | Int./Div. | | | Sold | 08/06/12 | J | D | |
| 91. Justice Federal accounts | A | Int./Div. | K | T | | | | | |
| 92. Invesco Int'l Gr. Sr. (annuity) | | None | J | T | | | | | see Part VIII |
| 93. MDLOX (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 94. Oppenheimer Equity Income IRA | A | Int./Div. | K | T | | | | | |
| 95. Scholars Edge Large Cap | | None | J | T | Buy | 4/13/12 | J | | see Part VIII |
| 96. Scolars Edge Sm & Mid Cap | | None | J | T | Buy | 4/13/12 | J | | see Part VIII |
| 97. Scholars Edge Int'l Equity | | None | J | T | Buy | 4/13/12 | J | | see Part VIII |
| 98. Scholars Edge Agg Growth | | None | J | T | Buy | 4/13/12 | J | | see Part VIII |
| 99. Scholars Edge Large Cap Value | | None | J | T | Buy | 4/13/12 | J | | see Part VIII |
| 100. Pimco VIT All Asset (annuity) | | None | K | T | Buy | 12/14/12 | K | | exchange for line 5 fund |
| 101. Oppenheimer Deveoping Mkts Fund | A | Int./Div. | L | T | Buy | 01/09/12 | L | | |
| 102. Oppenheimer Ltd Term NY Munis | A | Int./Div. | J | T | Buy | 01/09/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 11/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Oppenheimer Money Mkt (treat as bank acct) | A | Int./Div. | L | T | | | | | |
| 104. Oppenheimer AMT Free NY Munis | B | Int./Div. | K | T | Buy | 01/05/12 | K | | |
| 105. Oppenheimer Main Street Select | | None | | | Merged (with line 106) | 01/05/12 | K | | see Part VIII |
| 106. Oppenheimer Emerging Markets Debt Fund | A | Int./Div. | J | T | Buy | 11/26/12 | J | | |
| 107. Alliance Bern Disc Growth | | None | L | T | Buy | 01/03/12 | K | | see Part VIII |
| 108. | | | | | Buy (add'l) | 1/10/12 | J | | |
| 109. | | | | | Buy (add'l) | 3/12/12 | J | | |
| 110. | | | | | Buy (add'l) | 4/10/12 | J | | |
| 111. | | | | | Buy (add'l) | 5/10/12 | J | | |
| 112. Alliance Bern Market Neutral US | A | Int./Div. | | | Buy | 01/03/12 | K | | |
| 113. | | | | | Sold (part) | 2/13/12 | J | | |
| 114. | | | | | Sold (part) | 2/22/12 | J | | |
| 115. | | | | | Sold (part) | 2/23/12 | J | | |
| 116. | | | | | Sold | 12/20/12 | J | | |
| 117. Alliance Bern Core Opportunites | | None | J | T | Buy | 01/03/12 | J | | see Part VIII |
| 118. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 119. US treasuries | A | Interest | K | T | | | | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 11/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AmerGen (L IRA) | A | Int./Div. | J | T | | | | | see Part VIII |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 11/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 2, 4-13, 15, 17, 33-36, 47, 50, 67, 68, 70, 81, 82, 92, 95-99, 100, 105, 107 and 117 -- based on information provided by the fund manager(s), no income or reinvested dividends, taxable or othrewise, was paid or attributed to any of these investments during the reporting period.

Line 30 -- on original 2012 report, this fund was also reported on line 80 -- that line 80 entry has been deleted from amended report.

Lines 33-36 -- these funds were grouped together under Mass Mutual Annuity on one line on prior reports.

Lines 95-99 -- shares of each of these funds were added to these accounts in 2012 based upon a national class action settlememt funded by the fund manager.

Line 119 -- was inadvertently left off 2011 FDR Report.

Line 120 - was inadvertently left off prior FDR reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan S. Trust**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544